UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>SANTI GRECO,<br><br>Defendant | Crim. No. 08-154(DMC)<br><br>**ORDER DIRECTING RETURN OF PASSPORT TO DEFENDANT** |

**THIS MATTER** having been brought before the Court on the letter application dated July 2, 2008 of the defendant (through his counsel, Richard J. Sapinski, Esq.) for the entry of an Order directing the Pretrial Services Office to return the defendant's U.S. passport to him, and it appearing that the proceedings in this matter have been concluded and it being represented that the United States does not object to the application and for good cause shown,

IT IS on this ___9___ day of July, 2008

ORDERED that the Pretrial Services Office return the defendant's U.S. passport to the defendant.

_____
HON. DENNIS M. CAVANAUGH
United States District Judge

1