UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>SANTI GRECO,<br><br>Defendant | Crim. No. 08-154(DMC)<br><br>**ORDER GRANTING DEFENDANT PERMISSION TO TRAVEL ON AUGUST 23-26, 2008** |

**THIS MATTER** having been brought before the Court on the letter application dated August 20, 2008 of the defendant (through his counsel, Richard J. Sapinski, Esq.) for the entry of an Order granting the defendant permission to travel to San Diego, California on August 23 through August 26, 2008 to attend the National Association of Chainstore Druggists' trade show during the home confinement period imposed as part of the Court's sentence in this matter.

The Court having considered the application and there being no objection to the application by the government and for good cause shown,

IT IS on this __22__ day of August, 2008

ORDERED that the defendant is permitted to travel to San Diego, California for business reasons beginning August 23, 2008 and ending on August 26, 2008.

HON. DENNIS M. CAVANAUGH
United States District Judge