UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>SANTI GRECO,<br><br>Defendant | Crim. No. 08-154(DMC)<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR EARLY TERMINATION OF PROBATIONARY TERM** |

THIS MATTER having been brought before the Court on the letter application dated March 24, 2010 of the defendant (through his counsel, Richard J. Sapinski, Esq.) seeking the early termination of the three-year probationary term imposed by the Court on the defendant on June 11, 2008, and the Court having considered the matter and it being represented to the Court by counsel that neither the U.S. Probation Office nor the U.S. Attorney's Office objects to the granting of the defendant's letter application,

IT IS on this __7__ day of __April__, 2010

ORDERED that the defendant's request is GRANTED and the probationary period imposed as part of the Court's June 11, 2008 Judgment is hereby terminated.

HON. DENNIS M. CAVANAUGH
United States District Judge